UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERKADIA COMMERCIAL
MORTGAGE, LLC,

       Plaintiff,                          Case No. 11-cv-15251
                                                        HON. BERNARD A. FRIEDMAN
vs.

KINGS LANE LIMITED DIVIDEND
HOUSING ASSOCIATION LIMITED
PARTNERSHIP, et al.,

       Defendants.
_____/

## **J U D G M E N T**

The Court has granted plaintiff's motion for summary judgment.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for plaintiff and against defendants.  Costs to be permitted in accordance with law.

                                                        DAVID J. WEAVER
                                                        CLERK OF COURT


                                                       By: s/ Michael Williams
                                                           Deputy Clerk

January 28 , 2013

Approved: s/Bernard A. Friedman
        BERNARD A. FRIEDMAN
        SENIOR UNITED STATES DISTRICT JUDGE